Exhibit 1
1:25-cv-997



WEDNESDAY, MARCH 8, 2023

Dear Peter,

JMA Resources (the "Company") is pleased to offer you a full-time position as the **Vice President of Business Development**, with your employment commencing on or about **March 27, 2023**, contingent on the successful completion of a background check. This offer and your employment relationship with the Company are subject to the terms and conditions of this letter ("Offer Letter:").

In your position as the Vice President of Business Development, you will report to Nancy Martindell. You will be expected to carry out duties and responsibilities, including:

- Proactively identify new business opportunities.
- Assess and develop new and existing corporate growth opportunities.
- Build business relationships.
- Manage and support the proposal process.
- Support writing proposals.
- Experience building strategies that preserve/increase market share, ensure employee utilization and increase our participation on teams.
- Develop and improve business growth strategies with the Vice President of Growth and executive leadership.
- Perform market research to qualify new business opportunities, including analysis of customer budgets, capabilities required, current customer preferences, competitive environment assessments, and incumbent strengths and weaknesses.
- Coordinate and conduct meetings with customers, competitors, clients, and teammates to develop market insight on requirements, acquisition strategy, acquisition timing, and contract vehicle choices.
- Lead business development process, including pipeline reviews, opportunity gate reviews, black hat sessions, successful transition to capture and proposal phases, assist with capture activities when necessary, and assist with proposal development.
- Collaborate with operations leads, the Vice President of Growth, and line management to support cross-enterprise objectives and customer engagement.

- Support overall strategic planning and linking pursuits/capture activities that support the business development metrics for awards, submits, and pipeline.
- Interact routinely with various levels of management, marketing, operations and functional leads, other staff, and customers.
- Brief business development status to senior management.
- Lead the development, organization, and execution of significant business development activities, including building industry teams, assessing win probability, and executing customer call plans.
- Developed and cultivate partner/teaming relationships with external teaming partners.
- Perform other related duties as assigned.

The Company, however, reserves the right to change your title, duties, work location, and reporting relationships from time to time as it deems necessary or appropriate.

If you decide to join us to work on this assignment, you will be compensated as follows:

**Base Salary**: Your annual salary will be $180,000 per year, subject to deductions for taxes and other withholdings as required by law or the policies of the Company, which will be paid in semimonthly installments per the Company's payroll procedures. For the first year, you will meet with the Company President, Nancy Martindell, quarterly to discuss progress and strategy. By the 4th Quarter of year 1, you will work with Nancy to develop a new commission plan to begin the start of Year 2. This position is a full-time, exempt position and requires you to regularly and accurately record your hours worked daily for payroll administration purposes.

In the event there is a change in the Company's ownership or reorganization that directly causes the termination of your employment for reasons other than cause (defined below) within thirty (30) days following the change of ownership, JMA agrees to provide you with a minimum of four (4) months' notice to include full salary and compensation package. Cause defined as:
- Failure to perform the employee's job duties.
- Failure to comply with any valid and legal directive.
- Engagement in dishonesty, illegal conduct, or other conduct which is injurious to the Company.
- Embezzlement, misappropriation, or fraud, whether or not related to the employee's employment with the Company.
- Conviction of or plea of guilty or nolo contendere to a crime that constitutes a felony (or state law equivalent) or a crime that constitutes a misdemeanor involving moral turpitude.

- Violation of the Company's written policies or codes of conduct, including written policies related to discrimination, harassment, the performance of illegal or unethical activities, and ethical misconduct.
- Engagement in conduct that brings or is reasonably likely to bring the Company negative publicity, public disgrace, embarrassment, or disrepute.

**SIMPLE IRA Retirement:** Additionally, you will be eligible to participate in the Company SIMPLE IRA with a 3% company match beginning on the first payroll date of the quarter following your start date.

**Holidays and Paid Time Off (PTO):** You will be paid for all eleven U.S. federal holidays. After 30 days of continuous service, you will be eligible for Flexible Paid Time Off (Flex PTO). Flex PTO takes the place of vacation, sick, and personal days. You may take as much time off as you would like as long as you fulfill your duties and obtain approval from your manager. More detail can be found in the Company handbook.

**Company Health Insurance:** The Company offers group medical, dental, and vision benefits to its full-time employees. The Company will cover 100% of the employee and 50% of spouse, child(ren)'s monthly Medical premium. For dental and vision, the Company will cover 100% of the monthly premium for employee, spouse, and child(ren).

**Company Life/Disability/Short-and Long-Term Insurance:** The Company provides life insurance (equal to the annual salary up to a maximum of $200,000), Accidental Death and Dismemberment, and short- and long-term disability insurance to its full-time employees at zero cost to you. You will have the option to add voluntary life insurance. If you opt for voluntary life insurance, you will pay the full cost of coverage through semi-monthly payroll deductions.

All employee benefits are subject to periodic company review and can be changed with or without notice.

While we look forward to a productive and enjoyable work relationship, should you decide to accept our offer, you will be an at-will employee of the Company.  This means the employment relationship is voluntarily entered into by mutual consent of the employee and the Company, is not for a specified period of time, and can be terminated by either the employee or the Company for any reason at any time, with or without cause or advance notice.

This at-will employment status cannot be modified except in a written document signed by you and the President of the Company.

As an employee of the Company, you will be expected to abide by the Company's rules, regulations, policies, and procedures as communicated to you from time to time. You will also be expected to sign and comply with the Company Employee Handbook as a condition of this offer and your employment.

In your work for the Company, you will be expected not to use or disclose any confidential information, including trade secrets, of any former employer or another person to whom you have an obligation of confidentiality.  You should use only that information which is generally known and used by persons with training and experience comparable to your own, which is common knowledge in the industry or otherwise legally in the public domain, or which is otherwise provided or developed by the Company.  By accepting this offer of employment and signing this Offer Letter, you acknowledge that you will be able to perform those duties within these guidelines.

You agree that you will not bring onto the Company's premises or use in your work for the Company any confidential documents or property belonging to any former employer or another person to whom you have an obligation of confidentiality.

To indicate your acceptance of our offer under the terms described above, please sign and date this Offer Letter in the space provided below and return it to me no later than **March 10, 2023**.  This letter, along with the Company Employee Handbook, sets forth the complete and exclusive terms of your employment with the Company and supersedes any prior representations or agreements, whether written or oral.  This Offer Letter may not be modified or amended except in writing, signed by you and the Company.

We look forward to your favorable reply and working with you at JMA Resources.

Sincerely,
Nancy Martindell, President
JMA Resources, Inc.

## Offer Letter Acceptance

I have read and accept this offer of employment:

_____
Peter Butturini

03/10/2023
Date