UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER BUTTURINI )<br>)<br>*Plaintiff.* )<br>)<br>v. )<br>)<br>JMA RESOURCES, INC., et. al. )<br>)<br>*Defendants.* )<br>) | Case No. 1:25-cv-997 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), the Clerk of the Court will please enter the appearance of Eric L. Siegel, as co-counsel for the Plaintiff Peter Butturini in the above-captioned matter.

Dated: April 10, 2025

Respectfully submitted,

ERIC SIEGEL LAW, PLLC

/s/ *Eric L. Siegel*
Eric L. Siegel (D.C. Bar No. 427350)
James E. Miller (D.C. Bar No. 1035476)
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (771) 220-6116; (771) 220-6061
Email: esiegel@ericsiegellaw.com;
jmiller@ericsiegellaw.com

*Attorneys for Plaintiff Peter Butturini*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2025, I caused a copy of the foregoing to be served electronically via the CM/ECF system and by electronic mail on the following:

Joseph W. Santini
Friedlander Misler, PLLC
5335 Wisconsin Avenue, N.W., Suite 600
Washington, D.C.  20015
Phone: (202) 521-7809
Email: jsantini@fmlaw.com

*Attorney for Defendants*

By: /s/ *Eric L. Siegel*
Eric L. Siegel (D.C. Bar No. 427350)