**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BUTTURINI, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00997-SLS |
| JMA RESOURCES, INC., *et al*. | |
| Defendants. | |

### DEFENDANT JMA RESOURCES, INC.'S LCvR 26.1 CERTIFICATE

COMES NOW Defendant JMA Resources, Inc., by counsel, and provides its Certificate required by LCvR 26.1 of the United States District Court for the District of Columbia, as follows:

I, the undersigned, counsel of record for JMA Resources, Inc., certify that to the best of my knowledge and belief, JMA Resources, Inc. has no parent corporations and there are no publicly held corporations that own 10% or more of its stock.  These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

FRIEDLANDER MISLER, PLLC

/s/ Joseph W. Santini

_____

Joseph W. Santini, Esq., DC Bar # 485456
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
*jsantini@fmlaw.com*

*Attorneys for Defendants JMA Resources, Inc. and
Nancy Martindell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 29th day of April 2025, I sent the above Certificate via the Court's ECF system to:

James E. Miller, Esq.
Eric L. Siegel, Esq.
ERIC SIEGEL LAW, PLLC
888 17th St., NW, Suite 1000
Washington, D.C. 20006
*Attorneys for Plaintiff*

/s/ Joseph W. Santini

_____

Joseph W. Santini

2