# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER BUTTURINI, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 25-997 (SLS) |
| JMA RESOURCES, INC., *et al.*, ) | |
| ) | Judge Sparkle L. Sooknanan |
| *Defendant* ) | |
| ) | |
| ) | |
| ) | |

## CONSENT MOTION FOR REMOTE SCHEDULING CONFERENCE OR FOR PLAINTIFF'S COUNSEL TO APPEAR REMOTELY

Plaintiff Peter Butturini, by and through his undersigned counsel, move for a remote scheduling conference to take place on June 4, 2025, at 10:00 a.m. or, in the alternative, for the Court's permission for Plaintiff's counsel, Mr. James Miller, to appear remotely. As grounds for this motion, Plaintiff states as follows:

1. The Court has ordered an Initial Scheduling Conference in the above-captioned matter to take place on June 4, 2025, at 10:00 a.m. in Courtroom 14.

2. Mr. James Miller, of Eric Siegel Law, PLLC, is the primary attorney on behalf of the Plaintiff, Mr. Peter Butturini, in this case.

3. Unfortunately, at the time of the hearing, Mr. Miller will be working outside of the District of Columbia metropolitan area.

4. Eric Siegel could attend, but has not been as involved in the case and would need to gain additional familiarity with the case. Alternatively, Plaintiff requests that Mr. Miller be able to proceed on that date remotely or that the hearing be remote.

5. On May 8, 2025, Mr. Miller sought and obtained the consent of Defendant's counsel for a remote hearing or, in the alternative, for Mr. Miller to appear remotely.

6. Delaying this proceeding or requiring an attorney less familiar with the case to attend this Conference would either cause unnecessary delay or duplicative work. However, holding this Conference remotely would not prejudice either party.

WHEREFORE, Plaintiff respectfully requests that the Scheduling Conference be held remotely or, in the alternative, Mr. Miller be permitted to appear remotely. A proposed Order is attached.

Dated: May 9, 2025                                            Respectfully submitted,

/s/ James E. Miller
James E. Miller (D.C. Bar No. 1035476)
Eric L. Siegel (D.C. Bar No. 427350)
888 17th Street NW, Suite 1200
Washington, D.C. 20006
Email: jmiller@ericsiegellaw.com;
esiegel@ericsiegellaw.com
Phone: (771) 220-6061; (771) 220-6116
Facsimile: (202) 223-6625
*Counsel for Plaintiff Peter Butturini*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the CM/ECF system on the following on the 9th day of May, 2025:

Joseph W. Santini
Friedlander Midler, PLLC
5335 Wisconsin Ave, N.W., Suite 600
Washington, D.C. 200015
Phone : (202) 521-7809
Email : jsantini@fmlaw.com

*Attorney for Defendants*

By : /s/ James E. Miller
James E. Miller (D.C. Bar No. 1035476)