# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER BUTTURINI, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 25-997 (SLS) |
| JMA RESOURCES, INC., *et al.*, | ) | |
| | ) | Judge Sparkle L. Sooknanan |
| *Defendant* | ) | |
| | ) | |
| | ) | |
| | ) | |

## [Proposed] ORDER

Before this Court is Plaintiff's May 9, 2025, Consent Motion for Remote Scheduling Conference or, in the alternative, for Plaintiff's Counsel to Attend Remotely. Upon consideration of Plaintiff's Motion, it is this _____ day of _____, 2025

ORDERED that Plaintiff's Motion for Remote Scheduling Conference is hereby GRANTED;

and

FURTHER GRANTED that a remote scheduling conference will take place on June 4, 2025, at 10:00 a.m. via teleconference.


_____
Sparkle L. Sooknanan
U.S. District Court Judge

**Copies to:**

Eric L. Siegel, Esq.
James E. Miller, Esq.

1

esiegel@ericsiegellaw.com
jmiller@ericsiegellaw.com

Joseph W. Santini
jsantini@fmlaw.com