IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER BUTTURINI,<br><br>        Plaintiff,<br><br>v.<br><br>JMA RESOURCES, INC., *et al*.<br><br>        Defendants. | Civil Action No. 1:25-cv-00997-SLS |

## **DEFENDANTS JMA RESOURCES, INC.'S AND NANCY MARTINDELL'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants JMA Resources, Inc. ("JMA") and Nancy Martindell ("Martindell"), by counsel, pursuant to Fed. R. Civ. P. 56, and move for summary judgment on Plaintiff Peter Butturini's claim in this case.

As further support for this Motion, JMA and Martindell attach their Memorandum of Points and Authorities incorporated herein as if set forth in full.

WHEREFORE, given the above good and valid reasons, and those reasons articulated in the attached Memorandum of Points and Authorities, Defendants JMA and Martindell respectfully request that this Court grant their Motion for Summary Judgment, and enter judgment in their favor as to all claims contained within Plaintiff's Complaint.

## **LOCAL RULE 7(f) REQUEST FOR HEARING**

Defendants hereby request an oral hearing on the issues raised in this Motion.

Respectfully Submitted,

FRIEDLANDER MISLER, PLLC

/s/ Joseph W. Santini

_____
Joseph W. Santini, Esq., DC Bar # 485456
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
*jsantini@fmlaw.com*

*Attorneys for Defendants JMA Resources, Inc. and Nancy Martindell*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 2nd day of October 2025, I sent the above Motion for Summary Judgment via the Court's ECF system to:

James E. Miller, Esq.
Eric L. Siegel, Esq.
ERIC SIEGEL LAW, PLLC
888 17th St., NW, Suite 1000
Washington, D.C. 20006
*Attorneys for Plaintiff*

/s/ Joseph W. Santini
_____
Joseph W. Santini